The People of the State of Illinois, Defendant in Error, v. William E. Pryer, Plaintiff in Error.

APPEALS AND ERRORS—*effect of failure to assign errors upon record.* Notwithstanding the abstract may contain what purports to be an assignment of errors, if no errors are in fact assigned upon the record, the writ of error or appeal will be dismissed.

Error to the County Court of Fayette county; the Hon. JOHN H. WEBB, Judge, presiding. Heard in this court at the March term, 1910. Dismissed. Opinion filed August 5, 1910.

JOHN A. BINGHAM and E. B. SPURGEON, for plaintiff in error.

WILL P. WELKER, for defendant in error.

MR. JUSTICE SHIRLEY delivered the opinion of the court.

The abstract of the record contains what purports to be an assignment of errors but no errors are assigned on the record.

By rule 15 of this court the plaintiff in error shall in all cases assign errors at the time of filing his record and on failing to do so the case may be dismissed.

"An assignment of errors in this court performs the same office as a declaration in a court of original jurisdiction. The omission cannot be cured by attaching an assignment of errors to the abstract of the record." Wilcox v. Moore, 44 Ill. App. 293, and cases cited.

By reason of the omission the writ of error will be dismissed.

*Writ dismissed.*